**BLD-244**                                                               **NOT PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 18-2097
_____

IN RE: KEYON FREELAND,
                                                              Petitioner
_____

On a Petition for Writ of Mandamus from the
United States District Court for the Middle District of Pennsylvania
(Related to M.D. Pa. No. 3-15-cv-00965)
_____

Submitted Pursuant to Fed. R. App. P. 21
June 21, 2018
Before: RESTREPO, BIBAS and NYGAARD, <u>Circuit</u> <u>Judges</u>

(Filed: July 9, 2018)
_____

OPINION[*]
_____

PER CURIAM

 State prisoner Keyon Freeland, proceeding pro se, seeks a writ of mandamus in

connection with a habeas petition he filed in the District Court.  For the reasons that

follow, we will dismiss Freeland's mandamus petition as moot.

 In May 2015, Freeland filed a habeas petition pursuant to 28 U.S.C. § 2254 in the

District Court (he subsequently filed an amended habeas petition in July 2015).  On May

_____

[*] This disposition is not an opinion of the full Court and pursuant to I.O.P. 5.7 does not
constitute binding precedent.

18, 2018, Freeland filed this mandamus petition, asking that we direct the District Court to rule on his habeas petition. A few weeks later, on May 30, 2018, the District Court issued a memorandum and order, denying Freeland's habeas petition.

Because Freeland has now obtained the relief he sought, an adjudication of his habeas petition, his mandamus petition is moot. See Blanciak v. Allegheny Ludlum Corp., 77 F.3d 690, 698-99 (3d Cir. 1996). We will therefore dismiss it.